

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00131-CR

_____

**PATRICK ONEAL BIBLE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 220th District Court
Bosque County, Texas
Trial Court No. CR14921**

_____

# ORDER

_____

Appellant's Motion for Free Reporter's Record and Affidavit of Inability to Pay Cost for Reporter's Record was filed on February 15, 2017. The mandate issued in this appeal on June 3, 2016. We no longer have jurisdiction to rule on the merits of appellant's motion. Accordingly, it is dismissed.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion dismissed
Order issued and filed March 8, 2017

